NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPTIMUMPATH, LLC,**
*Plaintiff-Appellant,*

v.

**BELKIN INTERNATIONAL INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC., AND NETGEAR, INC.,**
*Defendants-Appellees.*

---

2011-1458

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-1398, Judge Claudia Wilken.

---

## ON MOTION

---

Before O'Malley, *Circuit Judge.*

### ORDER

OptimumPath, LLC moves to stay the briefing schedule and for extensions of time to file its opening brief. Belkin International Inc. et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is denied.

(2) The motions for extensions of time are granted to the extent that OptimumPath's opening brief is due within 21 days of the date of filing of this order.

FOR THE COURT

__SEP 3 0 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward W. Goldstein, Esq.
  Robert L. Reibold, Esq.
  Charles K. Verhoeven, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2011

JAN HORBALY
CLERK